UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, : | |
| Plaintiff, : | |
| vs. : | Case No. 1:18-CV-09657-NLH-KMW |
| CAJAY FOODS CORPORATION, : | |
| Defendant. : | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, DENNIS MAURER, and with consent of Defendant, and respectfully notifies this Court that the Plaintiff and Defendant have reached a settlement on all of Plaintiff's claims. The parties anticipate that the settlement documents will be executed within the next fourteen (14) days.

Dated: August 15, 2018

Respectfully submitted,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr.
Shadinger Law
160 Cumberland Ave.
Estell Manor, NJ 08319
(609) 319-5399
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of August, 2018, I caused a true and correct copy of the foregoing document to be served on the following counsel of record through the Court's CM/ECF system:

>Katharine Hartman
>DILWORTH PAXSON LLP
>1500 Market Street, Suite 3500E
>Philadelphia, PA 19102-2101
>(215) 575-7000
>*Attorney for Defendant*

>/s/Jon G. Shadinger Jr.
>Jon G. Shadinger Jr.