IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS MAURER, | Civil Action No. |
| Plaintiff, | |
| v. | No. 1:18-CV-09657-NLH-KMW |
| CAJAY FOODS CORPORATION, | **Stipulation of Dismissal** |
| | **with Prejudice** |
| Defendant. | |

    All parties hereto stipulate that all of Plaintiff's claims in the above-captioned action be and are voluntarily and entirely dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the District of New Jersey. The parties stipulate that each party shall bear his/its own costs and attorneys' fees.

Respectfully submitted,

s/ Jon G. Shadinger, Jr.
Jon G. Shadinger, Jr.
Shadinger Law
160 Cumberland Ave.
Estell Manor, NJ 08319
(609) 319-5399
*Attorney for Plaintiff, Dennis Maurer*

Dated: 09/19/2018

Respectfully submitted,

s/ Katharine Hartman
Katharine Hartman, Esq.
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
(215) 575-7000
*Attorneys for Defendant, Cajay Foods Corporation*

Dated: 09/19/2018

SO ORDERED.

Dated: September 19, 2018

/s/ Noel L. Hillman
U S D J.